# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2020 KW 1236

**JANUARY 14, 2021**

---

In Re: Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 383759.

---

**BEFORE:    WHIPPLE, C.J., McDONALD AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**VGW**
**JMM**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT